US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 0 5 2018

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:18CR20010-001-008 |
| | ) | |
| BRIAN CHRISTOPHER JONES, | ) | 18 U.S.C. § 2 |
| TINA RENEE BRANSON, | ) | 18 U.S.C. § 922(g)(1) |
| DYLAN JOSEPH DEMPSEY, | ) | 18 U.S.C. § 924(a)(2) |
| JIMMY FRANKLIN FORE, | ) | 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER MITCHELL HARBOUR, | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| AMBER DAAWN BOURSH | ) | 21 U.S.C. § 843(b) |
| a/k/a Amber Dawn Hinds, | ) | 21 U.S.C. § 846 |
| BELINDA MARVELLE MCBAY and | ) | |
| APRIL JO THOMPSON | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as February 2015, and continuing to on or about October 3, 2017, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the Defendants, **BRIAN CHRISTOPHER JONES, TINA RENEE BRANSON, DYLAN JOSEPH DEMPSEY, JIMMY FRANKLIN FORE, CHRISTOPHER MITCHELL HARBOUR, AMBER DAAWN BOURSH a/k/a Amber Dawn Hinds, BELINDA MARVELLE MCBAY and APRIL JO THOMPSON,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a controlled substance, namely, a mixture or substance that contained a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846.

## COUNT TWO

On or about February 16, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **APRIL JO THOMPSON,** knowingly and intentionally distributed a controlled substance, namely, a mixture or substance that contained a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT THREE

On or about May 13, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **TINA RENEE BRANSON**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT FOUR

On or about May 24, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **TINA RENEE BRANSON**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT FIVE

On or about May 13, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **DYLAN JOSEPH DEMPSEY**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense,

namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT SIX

On or about May 24, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **DYLAN JOSEPH DEMPSEY**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT SEVEN

On or about May 12, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **JIMMY FRANKLIN FORE**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT EIGHT

On or about May 13, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **JIMMY FRANKLIN FORE**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b)

## COUNT NINE

On or about May 14, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **CHRISTOPHER MITCHELL HARBOUR**, did knowingly and intentionally use a

communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b)

### COUNT TEN

On or about May 25, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **CHRISTOPHER MITCHELL HARBOUR**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b)

### COUNT ELEVEN

On or about May 26, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **AMBER DAAWN BOURSH a/k/a Amber Dawn Hinds**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

### COUNT TWELVE

On or about June 2, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **AMBER DAAWN BOURSH a/k/a Amber Dawn Hinds**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT THIRTEEN

On or about May 14, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **BELINDA MARVELLE MCBAY**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT FOURTEEN

On or about June 1, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **BELINDA MARVELLE MCBAY**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT FIFTEEN

On or about May 10, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **BRIAN CHRISTOPHER JONES**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

## COUNT SIXTEEN

On or about May 15, 2017, in the Western District of Arkansas, Fort Smith Division, the Defendant, **BRIAN CHRISTOPHER JONES**, did knowingly and intentionally use a communication facility, namely, a cell phone, in committing, causing and facilitating a felony drug

offense, namely, conspiracy to distribute methamphetamine, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DUANE (DAK) KEES
UNITED STATES ATTORNEY

By: *Candace D Taylor*

Candace Taylor
Assistant U. S. Attorney
Arkansas Bar No. 98083
414 Parker Avenue
Fort Smith, AR  72901
Telephone: 479-783-5125
E-mail: Candace.Taylor@usdoj.gov