AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

**RECEIVED**
JUN - 6 2018
U.S. MARSHALS W/AR

| | |
|---|---|
| United States of America | ) |
| v. | ) No. 2:18CR20010-005 |
| Christopher Mitchell Harbour | ) |
| *Defendant* | ) |

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 26, 2018
OFFICE OF THE CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **Christopher Mitchell Harbour**, who is accused of an offense or violation based on the following document filed with the court:

■ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

One count of conspiracy to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1), all in violation of Title 21 U.S.C. § 846; and two counts of knowingly and intentionally use a communication facility in committing, causing and facilitating a felony drug offense in violation of Title 21 §§ 841(a)(1) and 846, all in violation of Title 21 U.S.C. § 843(b).

Date: June 6, 2018

_____
*Issuing officer's signature*

City and state: Fort Smith, Arkansas

Douglas F. Young, U.S. Clerk
*Printed name and title*

---

**Return**

This warrant was received on (date) 6/4/18, and the person was arrested on (date) 7/26/18
at (city and state) Fort Smith, AR.

Date: 7/26/18

_____
*Arresting officer's signature*

Dustin Chastain DUSM
*Printed name and title*