IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

v.                    Case No. 2:18-cr-20010-005

CHRISTOPHER MITCHELL HARBOUR                                           DEFENDANT

**O R D E R**

At the arraignment and plea conducted on the criminal indictment, the defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the court considers the matter waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 27th day of July 2018.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE