IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CRIMINAL NO. 18-20010-005         USA v. CHRISTOPHER MITCHELL HARBOUR

COURT PERSONNEL:                  APPEARANCES:

JUDGE:    P. K. HOLMES, III       GOVERNMENT:    CANDACE TAYLOR

CLERK:    JANE ANN SHORT          DEFENDANT:     RUSSELL WOOD

REPORTER: RICK CONGDON

## CHANGE OF PLEA MINUTES

On this date the defendant appeared in person and with counsel. Defendant stated the desire to withdraw the plea of not guilty entered and enter a plea of guilty to Count 1 of the indictment.

- (X)  Defendant sworn and examined about offense.
- (X)  Inquiry made regarding defendant's age and level of education.
- (X)  Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X)  Inquiry made that defendant is satisfied with counsel.
- (X)  Possible severity of sentence explained.
- (X)  Rights explained.
- (X)  Defendant entered guilty plea to Count 1.
- (X)  Court determined that plea is voluntary.
- (X)  Court determined that there is factual basis for plea.
- (X)  Plea accepted.
- (X)  Court reserved approval of plea agreement pending completion of presentence report.
- (X)  Defendant found guilty as charged.
- (X)  Sentencing deferred pending presentence investigation.
- (X)  Not guilty plea remains on Counts 9 and 10.
- (X)  Defendant remanded to custody of the USMS.

DATE:   October 3, 2018

Proceeding began:   9:29 am

ended:   9:45 am