AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |

CHRISTOPHER MITCHELL HARBOUR

Case No.   2:18CR20010-005

USM No.   15128-010

James B. Pierce
_____
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations:   _____1 - 2_____   of the term of supervision.

☐ was found in violation of condition(s) count(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition #3: Unlawful Use of a Controlled Substance | October 5, 2023 |
| 2 | Mandatory Condition #1: New Law Violation | November 8, 2023 |

The defendant is sentenced as provided in pages 2 through  _2_ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated violation(s);   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   _1728_

Defendant's Year of Birth:   _1976_

City and State of Defendant's Residence:
Fort Smith, Arkansas

November 28, 2023
_____
Date of Imposition of Judgment

/s/ P.K. Holmes, III
_____
Signature of Judge

Honorable P.K. Holmes, III, U.S. District Judge
_____
Name and Title of Judge

December 1, 2023
_____
Date

AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 2—Imprisonment

---

Judgment — Page __2__ of __2__

DEFENDANT:         CHRISTOPHER MITCHELL HARBOUR
CASE NUMBER:       2:18CR20010-005

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:   **Nine (9) months imprisonment. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL